MEYERS, Respondent, vs. SOHRWEIDE, Appellant.

*March 8—March 11, 16, 1949.*

*Clyde M. Paust* of Milwaukee, for the appellant.
*Dennis M. Sullivan* of Milwaukee, for the respondent.

ROSENBERRY, C. J.    Sec. 274.33 (3), Stats., so far as material, is as follows:

". . . but no order of the circuit court shall be considered appealable which simply reverses or affirms an order of the civil court of Milwaukee county, unless the order of the civil court grants, refuses, continues, modifies or dissolves a provisional remedy or injunction."

The language of the statute is clear, explicit, and unequivocal. The defendant urges that the order of the civil court overruling the demurrer is more than a mere order,—that it is in effect some sort of a judgment. This contention cannot be sustained. No appeal lies from the order of the circuit court under the express language of the statute.

*By the Court.*—The appeal is dismissed with $25 costs, and the clerk is directed to remit the record forthwith.